IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TYSON R. PORTER,

   Petitioner,

v.                                             No. 24-cv-445 JMC/LF

UNITED STATES OF AMERICA,

   Respondent.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED without prejudice**.

                                          <u>/s/ Joel M. Carson III</u>
                                          JOEL M. CARSON III
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation